Dear Mr. Keith E. Hottle,                    10-20-15

I Jacob Adame sid number 365660, TDCJ number 1972712 come to you with respects and in hopes to get some answers to my cases, which are as follows court of appeals #04-14-00909-CR, 04-14-00910CR, 04-14-00911-CR My questions are these! Are My cases still being conciderd. 2. is My lawyer Joseph Hoelsher still on My my cases 3. if so how can I go about finding out the progress of My cases being that I have not heard from Mr. Hoelscher? Thank you very much for your time and effort in resolving this problem.

Very Truly
Jacob Adame
Jacob Adame
TDC#1972712
Garza East Unit
4304 Hwy 202, A251
Beeville, Texas 78102

2015 OCT 22 PM 1:22
FILED IN THE COURT OF APPEALS SAN ANTONIO, TEXAS
KEITH E. HOTTLE, CLERK

Jacob Adame #1972712
4304 Hwy 202, A-2-52
Beeville, Texas, 78102

SAN ANTONIO TX AND
RIO GRANDE DISTRICT
20 OCT 2015 PM 3 L

Keith E. Hottle
Fowth Court of Appeals,
Caolena Reeves Justice Center
300 Dolorosa Suite 3200
San Antonio, Texas, 78205-3037

78205303799

"Legal Mail"